IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01531–MSK–KMT

TERRY BLEVINS,

    Plaintiff,

v.

JEFF WELLS,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court Order to Use Computer and Internet for Legal Research and Legal Work" (#11, filed October 19, 2009) is DENIED. The court has no authority or jurisdiction to grant such a request.

Dated: October 26, 2009