IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01531–MSK–KMT

TERRY BLEVINS,

    Plaintiff,

v.

JEFF WELLS,

    Defendant.

---

**ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE**

---

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Marcia S. Krieger, pursuant to the Order of Reference dated October 26, 2009. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **January 12, 2010,** at **9:00 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.Colo.LCivR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    Dated this 13th day of November, 2009.

                                                **BY THE COURT:**

                                                Kathleen M. Tafoya
                                                United States Magistrate Judge