IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 09-cv-01531-MSK-KMT

TERRY BLEVINS

      Plaintiff,

v.

JEFF WELLS,

      Defendant.

---

**ORDER GRANTING LEAVE TO DEFENDANT TO TAKE PRISON DEPOSITION**

---

      THIS MATTER comes before the Court on Defendant's Motion For Order Granting Leave to Take Prison Deposition, filed on July 21, 2010. The Court being otherwise advised in the premises hereby

      ORDERS that the Motion For Order Granting Leave to Take Prison Deposition is hereby Granted. Defendant has leave to take the deposition of Plaintiff Terry Blevins # 111164 at the Sterling Correctional Facility before the Discovery Deadline of September 16, 2010. Counsel for the Defendant shall obtain advance clearance for defense counsel and the court reporter and scheduling for the deposition with the Sterling Facility Officials and comply with all Security and other Regulations and requirements of the Colorado Department of Corrections and the Sterling Facility.

      DATED this _____ day of July 2010.

                                           BY THE COURT:

                                           Kathleen M. Tafoya
                                           Magistrate Judge